BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00158-AWI |
|---|---|
| Plaintiff, | **ORDER DISMISSING DEFENDANT FROM INDICTMENT** |
| v. | **(Fed.R.Crim.P 48(A))** |
| CUAHUTOMOC RINCON | Doc. [197] |
| aka "Chino", | |
| Defendant. | |

The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment as to the above named individual only shall be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED he clerk of the court close this case and recall the WARRANT.

IT IS SO ORDERED.

Dated:   April 15, 2016                              _____
                                                     SENIOR DISTRICT JUDGE

ORDER OF DISMISSAL, FRCrimP 48(a)                1